UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br>v.<br>SHERILL BANKS,<br><br>                                     Defendant. | Case No. 2:12-cr-0208-LDG-PAL<br><br>ORDER<br><br>(Unopp Mot Permit Travel – Dkt. #65) |

Before the court is Defendant's Unopposed Motion to Permit Travel Outside of the United States (Dkt. #65).

The motion requests that Ms. Banks be allowed to travel from October 19, 2014, through October 25, 2014, to Punta Cana, Dominican Republic, for her honeymoon. Furthermore, this court granted her previous request to travel to Spain on November 9, 2012, and she has at all times been compliant with her release conditions. The motion represents that this request is unopposed and, in fact, the government has not filed an opposition and the time for filing an opposition has expired. Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion to Permit Travel Outside of the United States (Dkt. #65) is **GRANTED**. Defendant is granted permission to travel to Punta Cana, Dominican Republic, departing Sunday, October 19, 2014, and returning Saturday, October 25, 2014. Upon Defendant's return, Defendant must report to Pretrial Services on Monday, October 27, 2014, to check in and re-surrender her passport.

DATED this 14th day of October, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1