**FILED**

FEB - 3 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERILL BANKS,<br><br>        Defendant. | 2:12-CR-208-APG-(PAL) |

**ORDER OF FORFEITURE**

This Court finds that on February 3, 2015, defendant SHERILL BANKS pled guilty to Count Six of a Nine-Count Criminal Indictment charging her with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant SHERILL BANKS agreed to the forfeiture of the in personam criminal forfeiture money judgment of $40,000 set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds that SHERILL BANKS shall pay a criminal forfeiture money judgment of $40,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHERILL BANKS a criminal forfeiture money judgment in the amount of $40,000 in United States Currency.

DATED this 3rd day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE