DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
333 S. Las Vegas Boulevard
Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6583
Fax: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERILL BANKS,<br><br>Defendant. | Case No.: 2:12-cr-208-RFB-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The United States, by and through Daniel G. Bogden, United States Attorney, Christina Brown, Assistant United States Attorney, and defendant Sherill Banks, by and through Kathleen Bliss, Esq. and Jason Hicks, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, that the sentencing hearing be continued for a date no sooner than 45 days from the date presently set, June 25, 2015, based on the following:

1. The agent for the United States will be out of the country for at least 45 days, and his presence is necessary to assist government counsel at sentencing. The Government has requested an additional 45 days to permit the agent to participate in the proceedings.

///

///

2. The defendant is not in custody and does not object to a continuance.

3. Denial of this request could result in a miscarriage of justice.

4. The additional time requested by this stipulation is excludable pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

Dated this 11th day of June, 2015.

                DANIEL BOGDEN
                UNITED STATES ATTORNEY

By:   /s/ *Christina Brown*
       CHRISTINA M. BROWN
       Assistant United States Attorney

By:   /s/ *Kathleen Bliss*
       KATHLEEN BLISS
       Attorney for Sherill Banks

# FINDINGS OF FACT

1. The agent for the government will be out of the country for at least 45 days, and his presence is necessary to assist government counsel at sentencing. The Government has requested an additional 45 days allowing the agent to return to the country.

2. The defendant is not in custody and does not object to a continuance.

3. Denial of this request could result in a miscarriage of justice.

4. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

# ORDER

Based upon the pending Stipulation of counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the current sentencing date is VACATED and reset for 8/11/2015, 2015, at 10:30 a.m., in Courtroom 7C.

DATED this 16th day of June, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE